IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL CASE NO. 2:12cr13**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **ERIC CUCUMBER.** | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 25].

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 25] is hereby **GRANTED** and the Bill of Indictment is hereby **DISMISSED** without prejudice.

Signed: March 20, 2013

Martin Reidinger
United States District Judge